Same case below, 620 F.3d 1214.

**No. 10-736. Adham Mohammed Ali Awad, Petitioner v. Barack H. Obama, President of the United States, et al.**

563 U.S. 917, 131 S. Ct. 1814, 179 L. Ed. 2d 773, 2011 U.S. LEXIS 2760.

April 4, 2011. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia Circuit denied.

Same case below, 391 U.S. App. D.C. 79, 608 F.3d 1.

**No. 10-873. Idelma A. Saenz, et al., Petitioners v. City of McAllen, Texas, et al.**

563 U.S. 918, 131 S. Ct. 1815, 179 L. Ed. 2d 773, 2011 U.S. LEXIS 2735.

April 4, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 396 Fed. Appx. 173.

**No. 10-973. William Smith, Petitioner v. Alvin Friedman, et al.**

563 U.S. 918, 131 S. Ct. 1816, 179 L. Ed. 2d 773, 2011 U.S. LEXIS 2617,

April 4, 2011. Petition for writ of certiorari to the Court of Special Appeals of Maryland denied.

**No. 10-977. Capital One Bank (USA), N.A., Petitioner v. Raquel Rubio, In-** dividually and on Behalf of All Others Similarly Situated.

563 U.S. 918, 131 S. Ct. 1817, 179 L. Ed. 2d 773, 2011 U.S. LEXIS 2639.

April 4, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 613 F.3d 1195.

**No. 10-983. Greg Anderson, Petitioner v. Daniel W. Kitchen, et al.**

563 U.S. 918, 131 S. Ct. 1818, 179 L. Ed. 2d 773, 2011 U.S. LEXIS 2770.

April 4, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 389 Fed. Appx. 838.

**No. 10-985. Ben Ogbodiegwu, Petitioner v. Texas.**

563 U.S. 918, 131 S. Ct. 1818, 179 L. Ed. 2d 773, 2011 U.S. LEXIS 2736.

April 4, 2011. Petition for writ of certiorari to the Court of Appeals of Texas, Third District, denied.

**No. 10-1066. Isidoro Rodriguez, Petitioner v. United States Tax Court.**

563 U.S. 918, 131 S. Ct. 1828, 179 L. Ed. 2d 773, 2011 U.S. LEXIS 2626.

April 4, 2011. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia Circuit denied.

Same case below, 398 Fed. Appx. 614.